Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  11–37512–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter A Lynch
  43 Belcher Rd
  Blairstown, NJ 07825

Social Security No.:
  xxx–xx–5197

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 8, 2014.

On 10/25/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                    November 30, 2016
Time:                    10:00 AM
Location:                Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 26, 2016
JJW: vpm

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 11-37512-KCF
Peter A Lynch                                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Oct 26, 2016
                             Form ID: 185          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
```
db           +Peter A Lynch,   43 Belcher Rd,   Blairstown, NJ 07825-2108
aty          +Elaine Nichols,   1878 Mountain Rd.,   P.O. Box 1424,   Stowe, VT 05672-1424
cr          ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company, LLC,   P.O. Box 6275,
             Dearborn, MI  48121)
r            +Robert H. McLeod,   399 Mansfield View Road,   Stowe, VT 05672-4319
cr           +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
512372860     AAA,   PO Box 15726,   Wilmington, DE 19886-5289
512372862     Bryan Well Drilling,   c/o Pearl & Levy,   175 Fairfield Avenue, Suite 4B,
             Caldwell, NJ 07006-6415
512372861    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: AT&T Universal Card,   PO Box 182564,   Columbus, OH 43218-2564)
515208083    +Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
515208084    +Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-0330,
             Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
512372863    +Capital One,   P.O. Box 71083,   Charlotte, NC 28272-1083
512372866     Chase Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
512372867    +Citibank,   PO Box 183064,   Columbus, OH 43218-3064
512372868    +Citibank,   PO Box 183066,   Columbus, OH 43218-3066
512372870    +Edward Palmer, Esquire,   216 High Street,   Box 485,   Hackettstown, NJ 07840-1941
512372873     HSBC Mortgage Corporation (USA),   Suite 3425,   Buffalo, NY 142700241
512693151    +HSBC Mortgage Services, Inc.,   P.O. Box 21188,   Eagan, Minnesota 55121-0188
514863569    +HSBC Mortgage Services, Inc.,   PO Box 21188,   Eagan, MN 55121-0188
512473232    +Harley-Davidson Credit Corp.,   PO BOX 829009,   Dallas, TX 75382-9009
512372875    +John Shoemaker,   PO Box 14,   Great Meadows, NJ 07838-0014
512372876    +Joseph Campolo,   c/o Ed Palmer, Esquire,   216 High Street,   PO Box 485,
             Hackettstown, NJ 07840-0485
512372877     National City Mortgage,   PO Box 1820,   Dayton, OH 45401-1820
512372879    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of NJ Division of Taxation,   Corp Service Audit-B,
             PO Box 277,   Trenton NJ 08695)
513166216    +Sallie Mae Inc. on behalf of NJHESAA,   P.O. Box 548,   Trenton, NJ 08625-0548
512372880    +Township of Blairstown,   106 Rt 94,   Blairstown, NJ 07825-2208
512446538    +Valley National Bank,   1445 Valley Rd.,   Wayne, NJ 07470-8438
512372881    +Valley National Bank,   PO Box 953,   Wayne, NJ 07474-0953
512512973    +Zucker, Goldberg & Ackerman, LLC,   Joel A. Ackerman, Esquire.,
             Attorney for Wilmington Trust Co.,   200 Sheffield Street, Suite 101,
             Mountainside, NJ 07092-2315
512393956     eCAST Settlement Corporation assignee of Capital,   One Bank,   POB 35480,
             Newark NJ 07193-5480
512393957     eCAST Settlement Corporation assignee of FIA Card,   Services aka Bank of America,   POB 29262,
             New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2016 23:06:57   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2016 23:06:55   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
512385530     E-mail/Text: mrdiscen@discover.com Oct 26 2016 23:06:11   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
512372869     E-mail/Text: mrdiscen@discover.com Oct 26 2016 23:06:11   Discover Card,   P.O. Box 6103,
             Carol Stream, IL 60197-6103
512372872     E-mail/Text: bankruptcy.notices@hdfsi.com Oct 26 2016 23:07:35   Harley Davidson Credit,
             8529 Innovation Way,   Chicago, IL 60682-0085
512372874     E-mail/Text: cio.bncmail@irs.gov Oct 26 2016 23:06:25   Internal Revenue Service,
             Special Procedures,   PO Box 744,   Springfield, NJ 07081-0744
512466424     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2016 23:11:12
             Portfolio Recovery Associates, LLC,   c/o Citibank,   POB 41067,   Norfolk VA 23541
512466430     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2016 23:18:37
             Portfolio Recovery Associates, LLC,   c/o Rosens Outlet Center,   POB 41067,
             Norfolk VA 23541
513163235     E-mail/PDF: pa_dc_litigation@navient.com Oct 26 2016 23:00:42
             Sallie Mae Inc. on behalf of USA FUNDS,   Attn: Bankruptcy Litigation Unit E3149,
             P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
                                                                               TOTAL: 9


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512611721     Wilmington Trust Company,   c/o Zucker, Goldberg & Ackerman, LLC
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 26, 2016
                             Form ID: 185              Total Noticed: 39
512372864*     +Capital One,   P.O. Box 71083,   Charlotte, NC 28272-1083
512372865*     +Capital One,   P.O. Box 71083,   Charlotte, NC 28272-1083
512372871*    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,   PO Box 537901,   Livonia, MI 48153-9905)
512424473*    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,   Dept 55953,   P O Box 55000,
                Detroit MI  48255-0953)
512372878*     National City Mortgage,   PO Box 1820,   Dayton, OH 45401-1820
512518416*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,   Compliance Activity,
                P O Box 245,   Trenton, New Jersey 08695)
512393958*     eCAST Settlement Corporation assignee of Capital,   One Bank,   POB 35480,
                Newark NJ 07193-5480
                                                                       TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack   on behalf of Creditor   CALIBER HOME LOANS, INC., servicer for U.S. Bank
               Trust, N.A., as Trustee for LSF9 Master Participation Trust nj.bkecf@fedphe.com
              Denise E. Carlon   on behalf of Creditor   Wilmington Trust Company not in its individual
               capacity but solely as Successor Trustee to U.S. Bank National Association, asTrustee, for MASTR
               Alternative Loan Trust 2005-5 bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Joan Sirkis Warren   on behalf of Debtor Peter A Lynch joan@joanlaverylaw.com
              Joel A. Ackerman   on behalf of Creditor   GMAC Mortgage, LLC jackerman@zuckergoldberg.com
              Joel A. Ackerman   on behalf of Creditor   Wilmington Trust Company not in its individual
               capacity but solely as Successor Trustee to U.S. Bank National Association, asTrustee, for MASTR
               Alternative Loan Trust 2005-5 jackerman@zuckergoldberg.com
              Joel A. Ackerman   on behalf of Creditor   Wilmington Trust Company not in its individual
               capacity but solely as Successor Trustee to U.S. Bank National Association, as Trustee, for
               MASTR Alternative Loan Trust 2005-5 bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman   on behalf of Creditor   GMAC MORTGAGE, LLC jackerman@zuckergoldberg.com
              John Philip Schneider   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust nj.bkecf@fedphe.com
              John Philip Schneider   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              R. A. Lebron   on behalf of Creditor   HSBC CONSUMER LENDING, as servicer for BENEFICIAL
               FINANCIAL I INC. bankruptcy@feinsuch.com
                                                                       TOTAL: 14
```