Form clsnodsc − ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 11−37512−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter A Lynch
   43 Belcher Rd
   Blairstown, NJ 07825

Social Security No.:
   xxx−xx−5197

Employer's Tax I.D. No.:

---

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

   You are hereby notified that the above−named case will be closed without entry of discharge on or after April 28, 2017 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 29, 2017
JAN: vpm

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 11-37512-KCF
Peter A Lynch                                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 1              Date Rcvd: Mar 29, 2017
                             Form ID: clsnodsc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
db             +Peter A Lynch,    43 Belcher Rd,    Blairstown, NJ 07825-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 23:13:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., servicer for U.S. Bank
               Trust, N.A., as Trustee for LSF9 Master Participation Trust nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust Company not in its individual
               capacity but solely as Successor Trustee to U.S. Bank National Association, asTrustee, for MASTR
               Alternative Loan Trust 2005-5 bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Peter A Lynch joan@joanlaverylaw.com
              Joel A. Ackerman    on behalf of Creditor    Wilmington Trust Company not in its individual
               capacity but solely as Successor Trustee to U.S. Bank National Association, as Trustee, for
               MASTR Alternative Loan Trust 2005-5 bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE, LLC jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC Mortgage, LLC jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Wilmington Trust Company not in its individual
               capacity but solely as Successor Trustee to U.S. Bank National Association, asTrustee, for MASTR
               Alternative Loan Trust 2005-5 jackerman@zuckergoldberg.com
              John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              R. A. Lebron    on behalf of Creditor    HSBC CONSUMER LENDING, as servicer for BENEFICIAL
               FINANCIAL I INC. bankruptcy@feinsuch.com
                                                                                              TOTAL: 14