**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Peter A Lynch | Social Security number or ITIN  xxx–xx–5197 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 11–37512–KCF | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter A Lynch

4/5/17

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 11-37512-KCF
Peter A Lynch                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin             Page 1 of 2         Date Rcvd: Apr 05, 2017
                              Form ID: 3180W          Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
db           +Peter A Lynch,    43 Belcher Rd,    Blairstown, NJ 07825-2108
aty          +Elaine Nichols,    1878 Mountain Rd.,    P.O. Box 1424,    Stowe, VT 05672-1424
r            +Robert H. McLeod,    399 Mansfield View Road,    Stowe, VT 05672-4319
cr           +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
512372860     AAA,   PO Box 15726,    Wilmington, DE 19886-5289
512372862     Bryan Well Drilling,    c/o Pearl & Levy,    175 Fairfield Avenue, Suite 4B,
               Caldwell, NJ 07006-6415
515208083    +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
515208084    +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-0330,
               Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
512372867    +Citibank,    PO Box 183064,   Columbus, OH 43218-3064
512372868    +Citibank,    PO Box 183066,   Columbus, OH 43218-3066
512372870    +Edward Palmer, Esquire,    216 High Street,    Box 485,   Hackettstown, NJ 07840-1941
512473232    +Harley-Davidson Credit Corp.,    PO BOX 829009,    Dallas, TX 75382-9009
512372875    +John Shoemaker,    PO Box 14,   Great Meadows, NJ 07838-0014
512372876    +Joseph Campolo,    c/o Ed Palmer, Esquire,    216 High Street,    PO Box 485,
               Hackettstown, NJ 07840-0485
512372877     National City Mortgage,    PO Box 1820,   Dayton, OH 45401-1820
512372879    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of NJ Division of Taxation,    Corp Service Audit-B,
               PO Box 277,    Trenton, NJ 08695)
513166216    +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
512372880    +Township of Blairstown,    106 Rt 94,   Blairstown, NJ 07825-2208
512372881    +Valley National Bank,    PO Box 953,   Wayne, NJ 07474-0953
512446538    +Valley National Bank,    1445 Valley Rd.,   Wayne, NJ 07470-8438
512512973    +Zucker, Goldberg & Ackerman, LLC,    Joel A. Ackerman, Esquire.,
               Attorney for Wilmington Trust Co.,    200 Sheffield Street, Suite 101,
               Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2017 22:20:33     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2017 22:20:31      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            EDI: FORD.COM Apr 05 2017 21:58:00      Ford Motor Credit Company, LLC,    P.O. Box 6275,
               Dearborn, MI  48121
512372861     EDI: CITICORP.COM Apr 05 2017 21:58:00      AT&T Universal Card,    PO Box 182564,
               Columbus, OH 43218-2564
512372863    +EDI: CAPITALONE.COM Apr 05 2017 21:58:00      Capital One,    P.O. Box 71083,
               Charlotte, NC 28272-1083
512372866     EDI: CHASE.COM Apr 05 2017 21:58:00      Chase Cardmember Service,    PO Box 15153,
               Wilmington, DE 19886-5153
512385530     EDI: DISCOVER.COM Apr 05 2017 21:58:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
512372869     EDI: DISCOVER.COM Apr 05 2017 21:58:00      Discover Card,    P.O. Box 6103,
               Carol Stream, IL 60197-6103
512372871     EDI: FORD.COM Apr 05 2017 21:58:00      Ford Motor Credit,    PO Box 537901,
               Livonia, MI 48153-9905
512424473     EDI: FORD.COM Apr 05 2017 21:58:00      Ford Motor Credit Company LLC,    Dept 55953,
               P O Box 55000,    Detroit  MI  48255-0953
512372873     EDI: HFC.COM Apr 05 2017 21:58:00      HSBC Mortgage Corporation (USA),    Suite 3425,
               Buffalo, NY 142700241
514863569    +EDI: HFC.COM Apr 05 2017 21:58:00      HSBC Mortgage Services, Inc.,    PO Box 21188,
               Eagan, MN 55121-0188
512693151    +EDI: HFC.COM Apr 05 2017 21:58:00      HSBC Mortgage Services, Inc.,    P.O. Box 21188,
               Eagan, Minnesota 55121-0188
512372872     E-mail/Text: bankruptcy.notices@hdfsi.com Apr 05 2017 22:21:03      Harley Davidson Credit,
               8529 Innovation Way,    Chicago, IL 60682-0085
512372874     EDI: IRS.COM Apr 05 2017 21:58:00      Internal Revenue Service,    Special Procedures,
               PO Box 744,    Springfield, NJ 07081-0744
512466424     EDI: PRA.COM Apr 05 2017 21:58:00      Portfolio Recovery Associates, LLC,    c/o Citibank,
               POB 41067,    Norfolk VA 23541
512466430     EDI: PRA.COM Apr 05 2017 21:58:00      Portfolio Recovery Associates, LLC,
               c/o Rosens Outlet Center,    POB 41067,   Norfolk VA 23541
513163235     EDI: NAVIENTFKASMGUAR.COM Apr 05 2017 21:58:00      Sallie Mae Inc. on behalf of USA FUNDS,
               Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
512393956     EDI: ECAST.COM Apr 05 2017 21:58:00      eCAST Settlement Corporation assignee of Capital,
               One Bank,    POB 35480,   Newark NJ 07193-5480
512393957     EDI: ECAST.COM Apr 05 2017 21:58:00      eCAST Settlement Corporation assignee of FIA Card,
               Services aka Bank of America,    POB 29262,   New York NY 10087-9262
                                                                                              TOTAL: 20
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Apr 05, 2017
                              Form ID: 3180W           Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512611721        Wilmington Trust Company,    c/o Zucker, Goldberg & Ackerman, LLC
512372864*      +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
512372865*      +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
512372878*       National City Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
512518416*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Compliance Activity,
                  P O Box 245,    Trenton, New Jersey 08695)
512393958*       eCAST Settlement Corporation assignee of Capital,    One Bank,    POB 35480,
                 Newark NJ 07193-5480
                                                                                       TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., servicer for U.S. Bank
               Trust, N.A., as Trustee for LSF9 Master Participation Trust nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust Company not in its individual
               capacity but solely as Successor Trustee to U.S. Bank National Association, asTrustee, for MASTR
               Alternative Loan Trust 2005-5 bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Peter A Lynch joan@joanlaverylaw.com
              Joel A. Ackerman    on behalf of Creditor    GMAC Mortgage, LLC jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Wilmington Trust Company not in its individual
               capacity but solely as Successor Trustee to U.S. Bank National Association, asTrustee, for MASTR
               Alternative Loan Trust 2005-5 jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Wilmington Trust Company not in its individual
               capacity but solely as Successor Trustee to U.S. Bank National Association, as Trustee, for
               MASTR Alternative Loan Trust 2005-5 bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE, LLC jackerman@zuckergoldberg.com
              John Philip Schneider    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              R. A. Lebron    on behalf of Creditor    HSBC CONSUMER LENDING, as servicer for BENEFICIAL
               FINANCIAL I INC. bankruptcy@feinsuch.com
                                                                                               TOTAL: 14
```